UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12020
    JOSEPH K BROOKS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-7365

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/23/2006 and was confirmed 01/26/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/16/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO MORTGAGE | MORTGAGE ARRE | 15030.97 | .00 | 2158.58 |
| MB FINANCIAL | SECURED | 4772.86 | 638.53 | 1281.15 |
| CITY OF CHICAGO WATER DE | SECURED | 695.00 | .00 | 101.60 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| SBC ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 850.00 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| SBC/ ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT SST | UNSECURED | 12703.39 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 836.26 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 679.96 | .00 | .00 |
| HSBC/CARSONS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3148.20 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NHS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 452.11 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 370.42 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | .00 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,344.00 | | 2,344.00 |
| TOM VAUGHN | TRUSTEE | | | 443.14 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12020 JOSEPH K BROOKS

```
--------------------------------------------------------------------------
TRUSTEE                        6,967.00

PRIORITY                                                       .00
SECURED                                                   3,541.33
     INTEREST                                               638.53
UNSECURED                                                     .00
ADMINISTRATIVE                                           2,344.00
TRUSTEE COMPENSATION                                       443.14
DEBTOR REFUND                                                 .00
                            ---------------     ---------------
TOTALS                        6,967.00            6,967.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/27/09                  /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE